IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MASON MARRONE and**                                                                                    **PLAINTIFFS**
**REBECCA MARRONE**

v.                                    CASE NO. 2:24-CV-00077-BSM

**BRENTON DAVID LAMB and**
**L&T EXPRESS, INC.**                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE